UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

RECEIVED NOV 23 2016 STEWARD'S OFFICE

Imhotep H'Shaka

                Plaintiff(s)       APPLICATION TO PROCEED
                                           WITHOUT FULL PREPAYMENT
                   v.                OF FEES; AFFIDAVIT AND
                                           AUTHORIZATION FORM
                Defendant(s)

Joseph Bellnier, et al.           CASE NUMBER:   9:17-cv-108 (GTS/ATB)

I, _Imhotep H'Shaka_ declare that I am (check appropriate box)

☒ petitioner/plaintiff/movant      ○ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. § 1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.    Are you currently incarcerated?:       ☒ Yes          ○ No (If "No" go to Part 2)

        If "Yes" state the place of your incarceration: _Clinton Cor Fac._

        Are you employed at the institution?    ○ Yes    ☒ No

        Do you receive any payment from same?  ○ Yes    ○ No

**Notice to Inmates:**   <u>The Certificate Portion Of This Affidavit Must Be Completed.</u>

2.    Are you currently employed?:         ○ Yes    ☒ No

    a.    If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b.    If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and the name and address of your last employer.
        _messhall job where I received $16 monthly in January 1996._

5/2005

3. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession or other self employment  ◯ Yes  ⦵ No
   b. Rent payments, interest or dividends  ◯ Yes  ⦵ No
   c. Pensions, annuities or life insurance payments  ◯ Yes  ⦵ No
   d. Disability or workers compensation payments  ◯ Yes  ⦵ No
   e. Gifts or inheritances  ⦵ Yes  ◯ No
   f. Any other sources  ◯ Yes  ⦵ No

   If the answer to any of the above is "Yes" describe each source of money and state the amount received **and** what you expect you will continue to receive. I receive approx. $20 a month from family members.

4. Do you have any cash, checking or savings accounts?  ◯ Yes  ⦵ No
   If "Yes" state the total amount _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or **any other assets?**  ◯ Yes  ⦵ No
   If "Yes" describe the property and state its value (Attach additional sheets as necessary):

6. List the person(s) who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. N/A


I declare under penalty of perjury that the above information is true and correct.

November 21st, 2016
DATE

_____
SIGNATURE OF APPLICANT

**CERTIFICATE**
(To be completed by appropriate official at institution of incarceration)

I certify that the applicant named herein has the sum of $ 252.46 on account to his/her credit at (Name of Institution) Clinton Correctional Facility.
I further certify that the applicant has the following securities to his/her credit: N/A
I further certify that **during the past six(6) months** the applicant's average balance was $ 56.85

11-28-16
DATE

S. Brown, OA2
SIGNATURE OF AUTHORIZED OFFICER

CERTIFIED COPY

S. Brown, OA2
INMATE ACCOUNTS
11-28-16