# INMATE AUTHORIZATION

I, ~~Imhotep H'Shaka #91A6065~~ , 

authorize the agency holding me in custody to send to the Clerk of the United States District Court for the Northern District of New York ("Clerk"), at his request, a certified copy of the statements, for the past six months, of my trust fund account (or institutional equivalent) at the institution where I am currently incarcerated.

If I have not been incarcerated at my current place of confinement for at least six (6) months, I authorize such agency to provide said Clerk, at his request, with copies of such account statements from the institution(s) in which I had previously been incarcerated.

I further request and authorize the agency holding me in custody to calculate, encumber and/or disburse funds from my trust fund account (or institutional equivalent) in the amounts specified by 28 U.S.C. § 1915(b). This authorization is furnished in connection with the commencement of the civil action submitted herewith (or noted below), and I understand that the total filing fee which I am obligated to pay is $350.00. I also understand that this fee will be debited from my account regardless of the outcome of my lawsuit. This authorization shall apply to any other agency into whose custody I may be transferred.

➜ **Signature:** _Imhotep H'Shaka_

★ **NOTE: You must sign your name on the above line.** ★

## FOR OFFICIAL USE ONLY - DO NOT WRITE BELOW THIS LINE

| | |
|---|---|
| Name and DIN Number: | Imhotep H'Shaka 91-A-6065 |
| Civil Action Number: | 9:17-cv-108 |
| Short Name of Case: | H'Shaka v. Bellnier, et al |