

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer Direct: (518) 776-2590

January 5, 2018

Hon. Andrew Baxter
Federal Building and U.S. Courthouse
P.O. Box 7367
Syracuse, NY  13261-7396

Re:   *H'Shaka v. Bellnier et al,* 17-CV-0108 (GTS)(ATB) – **STATUS REPORT**

Dear Judge Baxter:

      This Status Report is provided to inform the Court that defendants will not oppose plaintiff's proposed amended complaint.

      Further, defendants have completed their security review of the video of Clinton CF discussed during the conference and determined that no redactions are necessary.  Plaintiff recently filed that video with a request that it be sealed until defendants completed the security review.  That request was denied by the district judge with leave to comply with Local Rule 83.13.  As the security review has been completed and no redactions are necessary, the sealing request is now moot.

      Thank you for your consideration in this matter.

Respectfully,

*s/ Bruce J. Boivin*

Bruce J. Boivin
Assistant Attorney General
Bar Roll No. 507894
Bruce.Boivin@ag.ny.gov

cc:   Alissa R. Hull, Esq. VIA CM/ECF
       Michael E. Cassidy, Esq. VIA CM/ECF
       Steven G. Storch, Esq. VIA CM/ECF