UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

IMHOTEP H'SHAKA,

                              *Plaintiff,*         **STIPULATION REGARDING EXPERT EXAMINATION OF PLAINTIFF**

           -against-                           17-CV-0108

JOSEPH BELLNIER; JAMES O'GORMAN; MAUREEN BOSCO; DEBORAH MCCULLOCH; JOANNE WALDRON; JOSEPH PORCELLI; KEVIN RANDALL;     GTS/ATB
DAVID LUCIA; JUSTIN DELISLE,

                              *Defendants.*
_____

**IT IS HEREBY AGREED**, by and between counsel for the respective parties, that a psychological expert of defendants' choosing shall be permitted to conduct an interview and examination of plaintiff Imhotep H'Shaka at Clinton Correctional Facility. The following terms and conditions shall apply to the interview and examination:

    1.     For purposes of confidentiality, the interview will be conducted privately, without the interference of Clinton staff. To facilitate the necessary one-on-one interview and examination, staff at Clinton Correctional Facility shall provide a secure space, such as an attorney-client meeting room. Clinton Security staff who escort the plaintiff to the interview and examination shall remain outside the room during the course of the entire interview and examination.

    2.     All documents, forms, papers, or other non-digital materials utilized during the interview and examination of plaintiff by the psychological expert shall remain confidential, and shall not be read, reviewed, copied, or retained by any employee at Clinton Correctional Facility.

3. Any personality assessment tests that require completion by the plaintiff during or after the interview and psychological examination shall be possessed solely by the plaintiff until such time as he requests assistance from Corrections Staff in mailing his completed assessment to the psychological expert's place of business. Notwithstanding this provision, Corrections Staff may handle and transport the uncompleted evaluation form in order to facilitate the plaintiff's transfer from the interview room to his cell. Once requested by plaintiff, Corrections Staff should mail his completed assessment to the psychological expert without unsealing or examining the outgoing mail.

4. At some time following the conclusion of the interview and psychological examination, the psychological expert shall prepare a written report. Said report shall be disclosed to counsel for both parties in accordance with Federal Rule of Civil Procedure 35 and the Court's scheduling order.

Dated: Albany, New York
June 26, 2018

BARBARA D. UNDERWOOD
Attorney General of the State of New York
Attorney for Defendants
The Capitol
Albany, New York 12224-0341

By: *[signature]*
Matthew P. Reed, Bar Roll No. 520470
Assistant Attorney General, of Counsel
Bar Roll No. 520470
Telephone: 518-776-2591
Email: matthew.reed@ag.ny.gov

Dated: Ithaca, New York
       June 26, 2018

By: /s/ Alissa R. Hull
Alissa R. Hull, Bar Roll No. 519626
Attorney for Plaintiff
Prisoners' Legal Services of New York
Karen Murtagh, Esq. Executive Director
114 Prospect Street
Ithaca, New York 14850
Telephone: (607) 273-2283
Fax: (607) 272-9122
ahull@plsny.org

Michael E. Cassidy, Bar No. 601118
Attorney for Plaintiff
Prisoners' Legal Services of New York
Karen Murtagh, Esq. Executive Director
24 Margaret Street, Suite 9
Plattsburgh, New York 12901
Telephone: (518) 561-3088
Fax: (518) 561-3262
mcassidy@plsny.org

IT IS SO ORDERED:

/s/ Andrew T. Baxter
Andrew T. Baxter
U.S. Magistrate Judge

Dated:  June 26, 2018
        Syracuse, NY