# AMINI LLC

Bijan Amini  
MEMBER NY & DC BARS

212.497.8217  
bamini@aminillc.com

June 22, 2020

Hon. Andrew T. Baxter  
Federal Building and U.S. Courthouse  
P.O. Box 7396  
Syracuse, New York 13261-7396

    Re:    *H'Shaka v. Bellnier et al.*, **Northern District of New York, 17-CV-0108 (GTS) (ATB)**

Dear Magistrate Judge Baxter:

    On behalf of plaintiff Imhotep H'Shaka, we have no objection to the July 20-21 dates proposed by defense counsel.

    We request a further status report, however, at least two weeks prior to the selected date so that we may re-visit the impact on the mediation of any issue concerning Mr. H'Shaka's then conditions of confinement and whom on behalf of defendants will appear, if warranted. To our knowledge, Mr. H'Shaka remains confined 24/7 in a SHU 200 cell at Midstate despite having qualified for release to general population.

    Respectfully submitted,

    */s/ Bijan Amini*  
    Bijan Amini  
    Bar No. 700302  
    Amini LLC  
    bamini@aminillc.com

    *Attorneys for Plaintiff*

cc:    All Counsel of Record  
        via CM/ECF